## Commonwealth *v.* Cochran, Appellant.

Submitted June 10, 1974. *Edmund L. Levine,* for appellant; *David Richman, Douglas B. Richardson, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Copney, Appellant.

Before RIDGE, J.

Submitted April 8, 1974. *John J. Dean,* Chief, Appellate Division, *John H. Corbett, Jr.,* Trial Defender, and *George H. Ross,* Public Defender, for appellant; *Robert L. Campbell* and *Robert L. Eberhardt,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.